# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| | ) |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Japan
C/O Foreign Minister of Japan, Fumio Kishida
2-2-1 Kasumigaseki
Chiyoda-ku, Tokyo 100-8919
Japan

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

*Cynthia J. Lenahan*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Hee Nam You, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) ) ) ) ) | Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Hirohito
C/O Foreign Minister of Japan, Fumio Kishida
2-2-1 Kasumigaseki
Chiyoda-ku, Tokyo 100-8919
Japan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

*Cynthia J. Lenahan*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br> Japan, et al. <br> *Defendant(s)* | Civil Action No. 4:15-cv-03257-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Akihito
C/O Foreign Minister of Japan, Fumio Kishida
2-2-1 Kasumigaseki
Chiyoda-ku, Tokyo 100-8919
Japan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

*Cynthia J. Lenahan*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Nobuske Kishi
C/O Foreign Minister of Japan, Fumio Kishida
2-2-1 Kasumigaseki
Chiyoda-ku, Tokyo 100-8919
Japan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) | |
|---|---|---|
| Hee Nam You, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Shinzo Abe
1-6-1 Nagata-cho
Chiyoda-ku
Tokyo, 100-8968
Japan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br> Japan, et al. <br> *Defendant(s)* | Civil Action No. 4:15-cv-03257-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
NYK Line (North America), Inc.
C/O Registered Agent
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br> Japan, et al. <br> *Defendant(s)* | Civil Action No. 4:15-cv-03257-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Nippon Yusen Kabushiki Kaisha
C/O Registered Agent
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| | ) |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Nissan Motor Co., Ltd.
C/O Registered Agent
Nissan Motor Acceptance Corporation
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| | ) ) ) ) |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Nissan North America, Inc.
C/O Registered Agent
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Toyota Motor Corporation
    C/O Registered Agent
    C T Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

*Cynthia J. Lenahan*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br> Japan, et al. <br> *Defendant(s)* | Civil Action No. 4:15-cv-03257-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Toyota Motor Sales, U.S.A., Inc.
C/O Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Hee Nam You, et al.
*Plaintiff(s)*

v.

Japan, et al.
*Defendant(s)*

Civil Action No. 4:15-cv-03257-KAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hitachi, Ltd.
C/O Registered Agent
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>Hee Nam You, et al.<br><i>Plaintiff(s)</i><br><br>v.<br><br>Japan, et al.<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  4:15-cv-03257-KAW</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Hitachi America Limited
C/O Registered Agent
Lawyers Incorporating Service
270 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br> <br> Japan, et al. <br> *Defendant(s)* | Civil Action No. 4:15-cv-03257-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Nippon Steel & Sumitomo Metal U.S.A., Inc.
C/O Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Nippon Steel & Sumitomo Metal Corporation
C/O Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| | ) |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Mitsubishi Corporation (America) Mitsubishi Group
C/O Registered Agent
Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Hee Nam You, et al.
*Plaintiff(s)*

v.

Japan, et al.
*Defendant(s)*

Civil Action No. 4:15-cv-03257-KAW

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Mitsui & Co. (U.S.A), Inc.
C/O Registered Agent
C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

*Cynthia J. Lenahan*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Hee Nam You, et al. <br> *Plaintiff(s)* <br> v. <br><br><br> Japan, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:15-cv-03257-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Mitsui Group
    C/O Registered Agent
    C T Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | ) |
|---|---|
| Hee Nam You, et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:15-cv-03257-KAW |
| Japan, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Okamoto Industries, Inc.
C/O Registered Agent
The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Hee Nam You, et al. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 4:15-cv-03257-KAW |
| | ) ) ) ) | |
| Japan, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Sankei Shimbun, Co. Ltd.
1-7-2 Otemachi
Chiyoda-ku
Tokyo, 100-8140
Japan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hyung Jin Kim
901 Mission Street, Suite 105
San Francisco, CA 94103

intercle@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*