| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | DAVID M. BALABANIAN, Bar No. 37368<br>david.balabanian@morganlewis.com |
| 3 | COLIN C. WEST, Bar No. 184095<br>colin.west@morganlewis.com |
| 4 | HERMAN J. HOYING, Bar No. 257495<br>hhoying@morganlewis.com |
| 5 | One Market, Spear Street Tower<br>San Francisco, California  94105-1596 |
| 6 | Telephone:      +1.415.442.1000<br>Facsimile:       +1.415.442.1001 |
| 7 | Attorneys for Defendant |
| 8 | MITSUI & CO. (U.S.A.), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HEE NAM YOU AND KYUNG SOON KIM for themselves and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA) MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI GROUP; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO. LTD.; and DOES 1-1000, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 4:15-cv-03257-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MITSUI & CO (U.S.A.), INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>DATE:   October 1, 2015<br>TIME:    11:00 a.m.<br><br>Complaint Filed: July 13, 2015 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26219707.1

[PROPOSED] ORDER GRANTING MITSUI & CO.
(U.S.A.), INC.'S MOTION TO DISMISS
Case No. 4:15-CV-03257

Defendant Mitsui & Co. (U.S.A.), Inc.'s Motion to Dismiss the Complaint filed by Plaintiffs Hee Nam You and Kyung Soon Kim ("Plaintiffs"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) came on for hearing before this Court on October 1, 2015.

All parties received notice and an opportunity to be heard. Having considered all of the papers filed by the parties in connection with, and incorporated by, the Motion to Dismiss, the papers and records on file in this action, the argument of counsel, and all other matters of which the Court may properly take judicial notice:

**IT IS HEREBY ORDERED THAT**:

Defendant Mitsui & Co. (U.S.A.), Inc.'s Request for Judicial Notice is GRANTED.

**IT IS FURTHER ORDERED THAT**:

The Complaint is dismissed in its entirety as to Defendant Mitsui & Co. (U.S.A.), Inc. because Plaintiffs failed to plead facts establishing that their alleged injury is "fairly traceable" to any conduct of Mitsui & Co. (U.S.A.), Inc. and thus Plaintiffs lack Article III standing to pursue their claims against Mitsui & Co. (U.S.A.), Inc. in this Court. In addition, Plaintiffs' claims are dismissed because they present a non-justiciable political question, are time-barred, and fail to state a claim pursuant to Rule 12(b)(6). Any amendment would be futile.

Accordingly, the Complaint is dismissed with prejudice as to Defendant Mitsui & Co. (U.S.A.), Inc.

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 26219707.1

1

[PROPOSED] ORDER GRANTING MITSUI & CO. (U.S.A.), INC.'S MOTION TO DISMISS
Case No. 4:15-CV-03257