IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>   v.<br><br>JAPAN, *et al.*,<br><br>Defendants. | No. C 15-03257 WHA<br><br>**ORDER EXTENDING DATE FOR MITSUBISHI CORPORATION (AMERICAS) TO RESPOND TO THE COMPLAINT** |

This personal injury action involves sixteen defendants. Defendant Mitsui & Co. (U.S.A.), Inc., has filed a motion to dismiss which is scheduled to be heard on **OCTOBER 1**. Plaintiffs and defendant Mitsubishi Corporation (Americas) have filed a stipulation agreeing to extend the deadline for Mitsubishi to respond to the complaint until 14 days after the Court has ruled on Mitsui's pending motion to dismiss. The parties' request is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:   August 31, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE