IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JAPAN, *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 15-03257 WHA<br><br>**ORDER DENYING DEFENDANT MITSUI & CO. (U.S.A.), INC.'S MOTION TO DISMISS** |

Defendant Mitsui & Co. (U.S.A.), Inc., has moved to dismiss plaintiff's complaint under Rule 12(b). While Mitsui's motion was pending, plaintiffs filed an amended complaint. Rule 15 provides that a party may amend its pleading as a matter of course within 21 days after service of a motion under Rule 12(b). Plaintiffs' amended complaint was filed within 21 days after Mitsui filed its motion, so they were entitled to amend their complaint as a matter of course. In light of the amended complaint, Mitsui's motion to dismiss is hereby **DENIED AS MOOT**. This is without prejudice to a renewed motion addressing plaintiffs' amended complaint.

**IT IS SO ORDERED.**

Dated: August 31, 2015.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE