1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEE NAM YOU and KYUNG SOON
KIM, for themselves and on behalf of all
others similarly situated

   Plaintiffs,

 v.

JAPAN, *et al.*,

   Defendants.
_____/

No. C 15-03257 WHA

**ORDER EXTENDING DATE
FOR MITSUBISHI
CORPORATION (AMERICAS)
TO RESPOND TO THE
AMENDED COMPLAINT**

   On August 31, plaintiffs filed an amended complaint that names twenty defendants.

Plaintiffs and defendant Mitsubishi Corporation (Americas) have filed a stipulation agreeing to

extend the deadline for Mitsubishi to respond to the complaint until 14 days after the Court has

ruled on a motion to dismiss plaintiffs' amended complaint filed by another party, or, if no such

motion is filed, until 14 days after the other parties have answered. For good cause shown, the

parties' request is hereby **GRANTED**.


   **IT IS SO ORDERED.**


Dated: September 8, 2015.

             _____
             WILLIAM ALSUP
             UNITED STATES DISTRICT JUDGE