IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>    Defendants. | No. C 15-03257 WHA<br><br>**ORDER RE STIPULATION EXTENDING DEADLINE FOR TOYOTA MOTOR SALES U.S.A, INC., AND NYK LINE (NORTH AMERICA), INC., TO RESPOND TO COMPLAINT** |

      Pursuant to Civil L.R. 6-1, "parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . ." Nevertheless, plaintiffs and defendants Toyota Motor Sales, U.S.A., Inc. and NYK Line (North America) Inc., have filed a stipulation and request an order extending the deadline for Toyota

and NYK to respond to plaintiffs' complaint to **SIXTY DAYS** following this Court's rulings on the pending motions to dismiss by Mitsui & Co. (U.S.A.) and Sankei Shimbun, Co., Ltd. (Dkt. No. 65).  The parties' stipulation is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated:   October 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE