United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>    Defendants. | No. C 15-03257 WHA<br><br>**AMENDED ORDER RE STIPULATION EXTENDING DEADLINE FOR HITACHI AMERICA, LTD., TO RESPOND TO COMPLAINT AND MODIFYING DEADLINES FOR ALL OTHER DEFENDANTS** |

Plaintiffs and defendant Hitachi America, Ltd., have filed a stipulation request an order extending the deadline for Hitachi to respond to plaintiffs' complaint to sixty days following this Court's rulings on the pending motions to dismiss by Mitsui & Co. (U.S.A.) and Sankei Shimbun, Co., Ltd. (Dkt. No. 65). The deadline shall be extended to **THIRTY FIVE DAYS** after

the Court has ruled on the pending motions. Additionally, as discussed at the case management conference, the parties that have already extended their deadlines shall file their motions by the same deadline as Hitachi, if not sooner.

**IT IS SO ORDERED.**

Dated:   October 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE