IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAPAN, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 15-3257 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY KIMBALL R. ANDERSON** |

　　　The *pro hac vice* application of Attorney Kimball R. Anderson (Dkt. No. 96) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Illinois" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

　　　**IT IS SO ORDERED.**

Dated: November 10, 2015.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE