**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>Defendants.<br>_____ / | No. C 15-03257 WHA<br><br>**ORDER DENYING STIPULATION OF DISMISSAL OF HITACHI AMERICA, LTD.** |

Plaintiffs and defendant Hitachi America, Ltd., have filed a stipulation seeking to dismiss all claims against Hitachi. The stipulation dismisses Hitachi without prejudice, leaving open the possibility that Hitachi may be brought back in as a defendant if plaintiffs are permitted to file an amended complaint. If plaintiffs do not move to file an amended complaint, or if leave is denied, the stipulation provides that Hitachi shall be deemed dismissed with prejudice.

The parties contend this approach will be efficient, but it appears unnecessarily complicated. The parties' motion is hereby **DENIED**. This is without prejudice to a renewed stipulation after a ruling issues on any motion for leave to file an amended complaint or a motion to dismiss filed by Hitachi by the stipulated deadline (Dkt. No. 71).

**IT IS SO ORDERED.**

Dated:  November 10, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE