1
2

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8

| H. You and K. Kim, et al. | ) |
| | ) Case No: 3:15-cv-03257 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| Japan, et al. | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

9
10
11
12

I, Kimball R. Anderson , an active member in good standing of the bar of
Supreme Court of Illinois , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Nissan North America, Inc. in the
above-entitled action. My local co-counsel in this case is Krista M. Enns , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

13
14
15
16

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| 35 W. Wacker Drive | 101 California Street |
| Chicago, IL 60601-9703 | San Francisco, CA 94111-5840 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 558-5858 | (415) 591-1402 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kanderso@winston.com | kenns@winston.com |

17

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 0049980 .

18

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19
20

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/15

22

/s/ Kimball R. Anderson
_____
APPLICANT

23
24

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

25
26
27

IT IS HEREBY ORDERED THAT the application of Kimball R. Anderson is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

28

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF KRISTA M. ENNS**

I, Krista M. Enns, declare as follows:

1.      I am a member in good standing of the State Bar of California and a partner at Winston & Strawn LLP, attorneys for Defendant Nissan North America, Inc. ("NNA") in the above-entitled action.  I have personal knowledge of the facts set forth herein, and, if called to testify, could and would competently testify thereto.

2.      I am the ECF User whose ID and password will be used to file KIMBALL R. ANDERSON'S APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE.   In compliance with Local Rule 5-1(i)(3), I hereby attest and declare that Kimball R. Anderson concurred in this filing.

Dated:  November 10, 2015                    By:     /s/*Krista M. Enns*
                                                             Krista M. Enns

2

DECLARATION OF KRISTA M. ENNS
CASE NO. 15-cv-03257-WHA

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that


Kimball Richard Anderson


has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1977 and is in good standing, so far as the records of this office disclose.


In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, March 26, 2015.

*Carolyn Taft Grosboll*

Clerk