# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

H. You and K. Kim, et al.

Plaintiff(s),

v.

Japan, et al.

Defendant(s).

Case No: 3:15-cv-03257

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Samuel Mendenhall, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nissan North America, Inc. in the above-entitled action. My local co-counsel in this case is Krista M. Enns, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 35 W. Wacker Drive<br>Chicago, IL 60601-9703 | 101 California Street<br>San Francisco, CA 94111-5840 |
| MY TELEPHONE # OF RECORD:<br>(312) 558-5755 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1402 |
| MY EMAIL ADDRESS OF RECORD:<br>smendenh@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kenns@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06207315.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/10/15

/s/ Samuel Mendenhall
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Samuel Mendenhall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 17, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                      *October 2012*