**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   HE NAM YOU and KYUNG SOON KIM, for          No. C 15-03257 WHA
    themselves and on behalf of all others similarly
10  situated,

11              Plaintiffs,

12      v.

13  JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI;          **ORDER GRANTING**
    SHINZO ABE; NYK LINE (NORTH AMERICA);            **IN PART**
14  NIPPON YUSEN KABUSHIKI KAISHA; NISSAN            **PLAINTIFFS'**
    MOTOR CO., LTD.; NISSAN NORTH AMERICA,           **MOTION TO EXTEND**
15  INC.; TOYOTA MOTOR CORPORATION; TOYOTA           **TIME FOR SERVICE**
    MOTOR SALES, U.S.A., INC.; HITACHI, LTD.;
16  HITACHI AMERICA, LTD.; NIPPON STEEL &
    SUMITOMO METAL U.S.A., INC.; NIPPON STEEL
17  & SUMITOMO METAL CORPORATION;
    MITSUBISHI CORPORATION (AMERICA);
18  MITSUBISHI GROUP; MITSUI & CO. (U.S.A.),
    INC.; MITSUI & CO. LTD.; OKAMOTO
19  INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.;
    and DOES 1–1000, inclusive,
20
                Defendants.
21
                                                /
22
        Plaintiffs have filed a motion seeking to extend the time to serve defendants Japan,

23  Hirohito, Akihito, Nobuske Kishi, and Abe Shinzo to May 13, 2016.  Ordinarily, it would take

24  six months to properly serve an overseas defendant under the Hague Convention.  Plaintiffs

25  commenced this action in July 2015.  Plaintiffs' counsel should have begun the process of

26  serving the overseas defendants immediately.  Their request exceeds the time it would have

27  taken if counsel had promptly begun that process.  Nevertheless, plaintiffs shall have until

28

**MARCH 24TH, 2016** to serve the above-named defendants with the possibility that the deadline will be extended briefly upon a showing of expedition and diligence.

**IT IS SO ORDERED.**

Dated:   November 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2