IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>    Defendants. | No. C 15-03257 WHA<br><br>**ORDER REQUESTING RESPONSES FROM PLAINTIFFS** |

Plaintiffs' response briefs in six pending motions were due by November 19 (Dkt. Nos. 80, 83, 87, 91, 97, 98, 108). No briefs were filed. By **TUESDAY, DECEMBER 1**, plaintiffs shall file their opposition briefs. The Court will entertain a motion to file a single omnibus brief with an extended page limit. Any replies shall be filed by **DECEMBER 8**. The hearing on **DECEMBER 10** will proceed as scheduled.

    **IT IS SO ORDERED.**

Dated: November 24, 2015.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE