**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>Defendants.<br>_____/ | No. C 15-03257 WHA<br><br>**REQUEST FOR RESPONSE FROM SANKEI SHIMBUN, CO., LTD.** |

Plaintiffs seek to conduct discovery into the issue of personal jurisdiction against defendant Sankei Shimbun, Co. Ltd. (Dkt. No. 134). By **MONDAY DECEMBER 14**, Sankei will please file a response to plaintiffs' request **NOT TO EXCEED FIVE PAGES**.

Dated: December 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE