IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>    Defendants.<br>  / | No. C 15-03257 WHA<br><br>**NOTICE RE ORAL ARGUMENT** |

    Defendant Nissan North America, Inc. filed a notice that a young attorney, Sarah A. Krajewski, will be primarily responsible for oral argument on its motion to dismiss and its motion for summary judgment (Dkt. No. 120).  In view of their statement, the Court expects that Attorney Krajewski will be called upon to make the primary argument on behalf of all defendants, inasmuch as the legal arguments overlap.

Dated: December 9, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE