United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

HE NAM YOU and KYUNG SOON KIM, for
10   themselves and on behalf of all others similarly          No. C 15-03257 WHA
     situated,

11
                   Plaintiffs,
12
          v.
13
     JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI;              **ORDER TO SHOW**
14   SHINZO ABE; NYK LINE (NORTH AMERICA);                 **CAUSE BY PLAINTIFFS**
     NIPPON YUSEN KABUSHIKI KAISHA; NISSAN                 **AND NOTICE TO THE**
15   MOTOR CO., LTD.; NISSAN NORTH AMERICA,                **UNITED STATES**
     INC.; TOYOTA MOTOR CORPORATION;
16   TOYOTA MOTOR SALES, U.S.A., INC.;
     HITACHI, LTD.; HITACHI AMERICA, LTD.;
17   NIPPON STEEL & SUMITOMO METAL U.S.A.,
     INC.; NIPPON STEEL & SUMITOMO METAL
18   CORPORATION; MITSUBISHI CORPORATION
     (AMERICA); MITSUBISHI GROUP; MITSUI &
19   CO. (U.S.A.), INC.; MITSUI & CO. LTD.;
     OKAMOTO INDUSTRIES, INC.; SANKEI
20   SHIMBUN, CO., LTD.; and DOES 1–1000,
     inclusive,

21
                   Defendants.
22   _____/

23         In this case, plaintiffs' counsel are seeking to serve a summons and complaint upon

24   Prime Minister Shinzo Abe and Japan, a sovereign nation.  The Court is concerned that doing so

25   will interfere with relations between Japan and the United States and that abstention or

26   dismissal may be warranted.  By **JANUARY 14**, plaintiffs shall show cause why such process

27   should not be recalled and quashed.  By **FEBRUARY 11**, the United States is requested to

28

respond and by **FEBRUARY 25**, plaintiffs may have the last word.  A hearing may or may not be set depending on need.  The Clerk shall please **SERVE** this order on the Civil Division of the Office of the United States Attorney here in San Francisco.

   **IT IS SO ORDERED.**

Dated:   December 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2