IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive, <br><br> Defendants. | No. C 15-03257 WHA <br><br> **ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The Court granted the motions to dismiss of defendants Mitsui & Co. (U.S.A.), Inc., Nyk Line (North America), Nissan North America, Inc., Toyota Motor Sales, Inc., Hitachi America, Ltd., Nippon Steel & Sumitomo Metal U.S.A., and Mitsubishi Corporation (America) (Dkt. Nos. 76, 151). Following the order granting Mitsui's motion to dismiss, plaintiffs sought leave to file a second amended complaint (Dkt. No. 127). The proposed second amended

complaint did not include any new factual allegations but instead incorporated the legal arguments that plaintiffs asserted in their opposition to the other defendants' motions to dismiss. The order granting the remaining defendants' motions to dismiss allowed plaintiffs to seek leave to file a third amended complaint. The deadline for any such motion was **DECEMBER 28, 2015**. No motion was filed.

Accordingly, for the reasons set forth in the orders granting defendants' motions to dismiss, plaintiffs' motion for leave to file a second amended complaint is **DENIED**. The hearing scheduled for **JANUARY 14** is hereby **VACATED**. This case is over as to defendants Mitsui & Co. (U.S.A.), Inc., Nyk Line (North America), Nissan North America, Inc., Toyota Motor Sales, Inc., Hitachi America, Ltd., Nippon Steel & Sumitomo Metal U.S.A., and Mitsubishi Corporation (America).

**IT IS SO ORDERED.**

Dated: January 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE