# Exhibit A



United States Department of State

Washington, D.C. 20520

February 5, 2016

Benjamin C. Mizer
Principal Deputy Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Re:   *He Nam You & Kyung Soon Kim v. Japan et al.* (N.D. Cal. 15-3257)

Dear Mr. Mizer:

The above-referenced suit names as defendants, among others, Emperor Akihito and Prime Minister Shinzo Abe, who are currently the Emperor and Prime Minister, respectively, of Japan. In light of Emperor Akihito's current status as the Head of State of Japan and Prime Minister Abe's current status as Head of Government of Japan, the Government of Japan has asked the Department of State to take the steps necessary to have this action dismissed as against them on the basis of their immunity from jurisdiction as a sitting foreign head of state and a sitting head of government, respectively.

The Department of State recognizes and allows the immunity of Emperor Akihito as a sitting head of state and of Prime Minister Abe as a sitting head of government from the jurisdiction of the United States District Court in this suit. Under common law principles of immunity articulated by the Executive Branch in the exercise of its Constitutional authority over foreign affairs and informed by customary international law, Emperor Akihito, as the sitting head of state of a foreign state, and Prime Minister Abe, as the sitting head of government of a foreign state, are immune while in office from the jurisdiction of the United States District Court in this suit.

I would emphasize the particular importance of obtaining the prompt dismissal of the proceedings as against Emperor Akihito and Prime Minister Abe in view of the significant foreign policy implications. Accordingly, the Department of State requests that the Department of Justice submit a suggestion of immunity to the district court at the earliest opportunity.

Sincerely,

*Katherine D. McManus*

Katherine D. McManus
Deputy Legal Adviser