**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

HE NAM YOU and KYUNG SOON KIM, for
9   themselves and on behalf of all others similarly         No. C 15-03257 WHA
    situated,

10

                Plaintiffs,

11

        v.

12

JAPAN; HIROHITO; AKIHITO; NOBUSUKE               **NOTICE RE**
13  KISHI; SHINZO ABE; NYK LINE (NORTH             **DISCOVERY DISPUTE**
    AMERICA); NIPPON YUSEN KABUSHIKI
14  KAISHA; NISSAN MOTOR CO., LTD.; NISSAN
    NORTH AMERICA, INC.; TOYOTA MOTOR
    CORPORATION; TOYOTA MOTOR SALES,
15  U.S.A., INC.; HITACHI, LTD.; HITACHI
    AMERICA, LTD.; NIPPON STEEL & SUMITOMO
16  METAL U.S.A., INC.; NIPPON STEEL &
    SUMITOMO METAL CORPORATION;
17  MITSUBISHI CORPORATION (AMERICA);
    MITSUBISHI GROUP; MITSUI & CO. (U.S.A.),
18  INC.; MITSUI & CO. LTD.; OKAMOTO
    INDUSTRIES, INC.; SANKEI SHIMBUN, CO.,
19  LTD.; and DOES 1–1000, inclusive,

20              Defendants.

21

22          An order allowed plaintiffs to conduct jurisdictional discovery regarding plaintiff Sankei

23  Shimbun, Co., Ltd. (Dkt. No. 153).  Plaintiffs filed an objection to Sankei Shimbun's response

24  to their discovery requests and seeks the Court's intervention in resolving this issue.  Plaintiffs

25  must follow the procedure for discovery disputes set forth in the supplemental order to the order

26  setting the initial case management conference (Dkt. No. 26).

27

28  Dated:  February 25, 2016.



                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE