United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSUKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO. LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>Defendants.<br>———————————————————/ | No. C 15-03257 WHA<br><br>**ORDER QUASHING SERVICE** |

The United States has submitted a suggestion of immunity and statement of interest regarding defendants Prime Minister Shinzo Abe, Emperor Akihito, and Japan (Dkt. No. 167). For the reasons set forth therein, this order finds that Prime Minister Abe and Emperor Akihito are entitled to immunity from the jurisdiction of this Court in this action. Additionally, this order finds that plaintiffs' claims against Japan raise non-justiciable political questions.

Accordingly, all claims against Prime Minister Abe, Emperor Akihito, and Japan are **DISMISSED** without leave to amend. Any efforts to serve process on those defendants shall cease. All process on those defendants is quashed.

**IT IS SO ORDERED.**

Dated: February 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2