IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAPAN, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 15-03257 WHA<br><br><br><br><br><br>**ORDER RE<br>SEALING MOTION** |

    Plaintiffs have moved to file under seal documents filed in conjunction with their supplemental brief regarding the Court's personal jurisdiction over defendant Sankei Shimbun. Sankei designated portions of those documents as Confidential pursuant to the protective order in this action. The information sought to be sealed includes Sankei's organizational charts, detailed budget information, and testimony from Sankei's 30(b)(6) witness including statements about his marital status and salary, examples of Sankei's work in the United States, and discussion of Sankei's budgets for its United States offices.

    Plaintiffs' motion is **GRANTED** as to Sankei's comprehensive budget information (Dkt. No. 173-1 at 3–16), the names of individuals on its organizational charts (*id.* at 1–2), and as to the dollar numbers relating to Mr. Kurosawa's personal salary (Kurosawa Dep. 102:3, 102:9, 104:11).

    Sankei's supporting declaration offers no basis for concluding that any harm or invasion of privacy would result from public disclosure of testimony regarding snippets of financial data and business practices, or its organizational charts (with individuals' names redacted) for its United States offices, which information is highly relevant to the issue of personal jurisdiction.

Bare assertions that this information is "non-public" or "competitively sensitive" are insufficient. By way of example, Sankei seeks to seal the following testimony on the basis that it contains "competitively sensitive information regarding sources and type of news gathered by bureau" in reference to a report sent by Sankei's United States bureau to headquarters in Japan (Kurosawa Dep. at 78):

> THE WITNESS: It says the midterm which will evaluate Obama's second term election, is happening next year.

Nor does Mr. Kurosawa's testimony regarding whether he has family in the United States and his marital status (without identifying the names of his family members) warrant sealing. Accordingly, with the exception of the redactions identified above, plaintiffs' sealing motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 29, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE