**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HE NAM YOU and KYUNG SOON KIM, for themselves and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI; SHINZO ABE; NYK LINE (NORTH AMERICA); NIPPON YUSEN KABUSHIKI KAISHA; NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; NIPPON STEEL & SUMITOMO METAL U.S.A., INC.; NIPPON STEEL & SUMITOMO METAL CORPORATION; MITSUBISHI CORPORATION (AMERICA); MITSUBISHI GROUP; MITSUI & CO. (U.S.A.), INC.; MITSUI & CO., LTD.; OKAMOTO INDUSTRIES, INC.; SANKEI SHIMBUN, CO., LTD.; and DOES 1–1000, inclusive,<br><br>      Defendants. | No. C 15-03257 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Japan, Hirohito, Akihito, Nobuske Kishi, Shinzo Abe, Nyk Line (North America), Nippon Yusen Kabushiki Kaisha, Nissan Motor Co., Ltd., Nissan Motor Co., Ltd., Nissan North America, Inc., Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Nippon Steel & Sumitomo Metal U.S.A., Inc., Nippon Steel & Sumitomo Metal Corporation (America), Mitsubishi Group, Mitsui & Co. (U.S.A.), Inc.,

Mitsui & Co., Ltd., Okamoto Industries, Inc., and Sankei Shimbun, Co., Ltd., and against plaintiffs He Nam You and Kyung Sun Kim. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE