1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10  HE NAM YOU and KYUNG SOON KIM, for
    themselves and on behalf of all others similarly
11  situated,
                                                    No. C 15-03257 WHA
12          Plaintiffs,

13      v.

14  JAPAN; HIROHITO; AKIHITO; NOBUSKE KISHI;        **AMENDED JUDGMENT**
    SHINZO ABE; NYK LINE (NORTH AMERICA),
15  INC.; NIPPON YUSEN KABUSHIKI KAISHA;
    NISSAN MOTOR CO., LTD.; NISSAN NORTH
16  AMERICA, INC.; TOYOTA MOTOR
    CORPORATION; TOYOTA MOTOR SALES,
17  U.S.A., INC.; HITACHI, LTD.; HITACHI
    AMERICA, LTD.; NIPPON STEEL & SUMITOMO
18  METAL U.S.A., INC.; NIPPON STEEL &
    SUMITOMO METAL CORPORATION;
19  MITSUBISHI CORPORATION (AMERICA);
    MITSUBISHI GROUP; MITSUI & CO. (U.S.A.),
20  INC.; MITSUI & CO., LTD.; OKAMOTO
    INDUSTRIES, INC.; SANKEI SHIMBUN, CO.,
21  LTD.; and DOES 1–1000, inclusive,

22          Defendants.

23  _____/

24      For the reasons stated in the accompanying order dismissing this action, **Final**

25  **Judgment is Hereby Entered** in favor of defendants Japan, Hirohito, Akihito, Nobuske

26  Kishi, Shinzo Abe, Nyk Line (North America), Inc., Nippon Yusen Kabushiki Kaisha, Nissan

27  Motor Co., Ltd., Nissan Motor Co., Ltd., Nissan North America, Inc., Toyota Motor

28  Corporation, Toyota Motor Sales, U.S.A., Inc., Hitachi Ltd., Hitachi America, Ltd., Nippon

    Steel & Sumitomo Metal U.S.A., Inc., Nippon Steel & Sumitomo Metal Corporation,

    Mitsubishi Corporation (America), Mitsubishi Group, Mitsui & Co. (U.S.A.), Inc., Mitsui &

**United States District Court**
For the Northern District of California

Co., Ltd., Okamoto Industries, Inc., and Sankei Shimbun, Co., Ltd., and against plaintiffs He Nam You and Kyung Sun Kim.  The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:   June 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2